**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 20-10367-BKC-AJC
PROCEEDING UNDER CHAPTER 13

**IN RE:**

ANTHONY D. BEASLEY
SHELIA S. BEASLEY

DEBTORS_____/

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtors are delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$9579.56**.

The Debtors shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only.  Payments must be sent to:

   NANCY K. NEIDICH, ESQUIRE
   STANDING CHAPTER 13 TRUSTEE
   P.O. BOX 2099
   MEMPHIS, TN  38101-2099

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **January 7, 2022** to bring the Debtors totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtors failure to become current or timely file a Motion to Modify, the case shall be dismissed without further notice or hearing.

**I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 23rd day of November 2021.

*/s/ Nancy K. Neidich*_____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.: 20-10367-BKC-AJC

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
ANTHONY D. BEASLEY
SHELIA S. BEASLEY
1391 NW 170TH TER
MIAMI GARDENS, FL  33169-5211

**ATTORNEY FOR DEBTORS**
JOSE PAGAN, ESQUIRE
1 NE 2ND AVE
SUITE 200
MIAMI, FL  33132-2532