*Please see addendum on page 5.

| Fill in this information to identify the case: |  |
|---|---|
| Debtor 1 | Anthony D. Beasley |
| Debtor 2 | Shelia S. Beasley |
| United States Bankruptcy Court for the: Southern District of Florida | |
| Case number : | 20-10367-AJC |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment is due. See Bankruptcy Rule 3002.1.

| Name of creditor: | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES,SERIES 2004-3 | Court claim no. (if known): | 5 |
|---|---|---|---|
| Last 4 digits of any number you use to identify the debtor's account: | 2855 | Date of payment change: Must be at least 21 days after date of this notice | 01/01/2022 |
| | | New total payment: Principal, interest, and escrow, if any | $1,396.69 |

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   [ ] No

   [X] Yes. Attach a copy of the escrow account statement prepared in a form consistent with the applicable nonbankruptcy law.
   Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $337.41        New escrow payment: $340.82

## Part : 2 Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   [X] No

   [ ] Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:                     New interest rate:
   Current Principal and interest payment:    New principal and interest payment:

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   [X] No

   [ ] Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect).
   Reason for change:
   Current mortgage payment:              New mortgage payment:

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | Anthony D. Beasley | | Case number (if known) | 20-10367-AJC |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 4: Sign Below

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

_/s/ Mary Vitartas_
Signature

Date  12/06/2021

| Print: | Mary Vitartas | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |
| Address | 6267 Old Water Oak Road, Suite 203 | | |
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | PLGinquiries@padgettlawgroup.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to the parties on the attached Service List by electronic service and/or by First Class U.S. Mail on this the __6th__ day of December, 2021.

/S/ Mary Vitartas

MARY VITARTAS
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
PLGinquiries@padgettlawgroup.com
*Authorized Agent for Creditor*

## SERVICE LIST (CASE NO. 20-10367-AJC)

Debtor
Anthony D. Beasley
1391 NW 170th Ter
Miami Gardens, FL 33169-5211

Joint Debtor
Shelia S. Beasley
1391 NW 170th Ter
Miami Gardens, FL 33169-5211

Attorney
Jose Antonio Pagan, II
1 Northeast 2nd Avenue, Suite 200
Miami, FL 33132

Trustee
Nancy K. Neidich
www.ch13miami.com
P.O. Box 279806
Miramar, FL 33027

US Trustee
Office of the US Trustee
51 Southwest 1st Avenue, Suite 1204
Miami, FL 33130

# **ADDENDUM**

*The Creditor has conducted an analysis of this loan and determined that adjustments are necessary to account for prior post-petition payment changes that were not disclosed to the Debtor, Trustee and Court under Federal Rule of Bankruptcy Procedure 3002.1(b). The Creditor's adjustments give the Debtor the benefit of any differences in payment amount for changes that were not disclosed, in the form of either credits or waivers equal to such differences in payment amount, as applicable.*



**shellpoint** A DIVISION OF newrez

Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

ANTHONY D BEASLEY
1391 NW 170th Ter
Miami FL  33169

Analysis Date:            December 12, 2020
Loan:
Property Address:
1391 Nw 170 Terrace
Miami, FL  33169

## Annual Escrow Account Disclosure Statement - Account History

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Feb 01, 2021 | Prior Esc Pmt | March 01, 2020 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,055.87 | $1,055.87 | P & I Pmt: | $1,055.87 | Due Date: | June 01, 2019 |
| Escrow Pmt: | $0.00 | $340.82 | Escrow Pmt: | $337.41 | Escrow Balance: | $2,900.83 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $4,048.92 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $2,303.17 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $1,055.87 | $1,396.69 | Total Payment | $1,393.28 | Anticipated Escrow Balance: | $4,646.58 |

| Shortage/Overage Information | Effective Feb 01, 2021 |
|---|---|
| Upcoming Total Annual Bills | $4,089.88 |
| Required Cushion | $681.65 |
| Required Starting Balance | $681.69 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 681.65. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 681.65 or 1/6 of the anticipated payment from the account.

This is a statement of actual activity in your escrow account from Mar 2020 to Jan 2021.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Date | Payments to Escrow Anticipated | Actual | Payments From Escrow Anticipated | Actual | | Description | Escrow Balance Required | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Starting Balance | 1,012.17 | (6,129.23) |
| Mar 2020 | 337.41 | | | | * | | 1,349.58 | (6,129.23) |
| Mar 2020 | | | 2,303.17 | | * | Lender Placed Hazard | 1,349.58 | (8,432.40) |
| Apr 2020 | 337.41 | | | | * | | 1,686.99 | (8,432.40) |
| May 2020 | 337.41 | | | | * | | 2,024.40 | (8,432.40) |
| Jun 2020 | 337.41 | | | | * | | 2,361.81 | (8,432.40) |
| Jul 2020 | 337.41 | | | | * | | 2,699.22 | (8,432.40) |
| Aug 2020 | 337.41 | | | | * | | 3,036.63 | (8,432.40) |
| Sep 2020 | 337.41 | 337.41 | | | | | 3,374.04 | (8,094.99) |
| Oct 2020 | 337.41 | | | | * | | 3,711.45 | (8,094.99) |
| Nov 2020 | 337.41 | 337.41 | 1,745.70 | 1,786.71 | * | County Tax | 2,303.16 | (9,544.29) |
| Dec 2020 | 337.41 | | | | * | | 2,640.57 | (9,544.29) |
| Jan 2021 | 337.41 | | 2,303.17 | | * | Lender Placed Hazard | 674.81 | (9,544.29) |
| | | | | | | Anticipated Transactions | 674.81 | (9,544.29) |
| Jan 2021 | | 4,048.92 P | | 2,303.17 | | Lender Placed Hazard | | (7,798.54) |
| | $3,711.51 | $4,723.74 | $4,048.87 | $6,393.05 | | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount .  If you want a further explanation, please call our toll -free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown .

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: December 12, 2020
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account

| Date | Anticipated Payments | | Description | Escrow Balance | |
| --- | --- | --- | --- | --- | --- |
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 4,646.58 | 681.69 |
| Feb 2021 | 340.82 | | | 4,987.40 | 1,022.51 |
| Mar 2021 | 340.82 | | | 5,328.22 | 1,363.33 |
| Apr 2021 | 340.82 | | | 5,669.04 | 1,704.15 |
| May 2021 | 340.82 | | | 6,009.86 | 2,044.97 |
| Jun 2021 | 340.82 | | | 6,350.68 | 2,385.79 |
| Jul 2021 | 340.82 | | | 6,691.50 | 2,726.61 |
| Aug 2021 | 340.82 | | | 7,032.32 | 3,067.43 |
| Sep 2021 | 340.82 | | | 7,373.14 | 3,408.25 |
| Oct 2021 | 340.82 | | | 7,713.96 | 3,749.07 |
| Nov 2021 | 340.82 | 1,786.71 | County Tax | 6,268.07 | 2,303.18 |
| Dec 2021 | 340.82 | | | 6,608.89 | 2,644.00 |
| Jan 2022 | 340.82 | 2,303.17 | Lender Placed Hazard | 4,646.54 | 681.65 |
| | $4,089.84 | $4,089.88 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 4,646.58. Your starting balance (escrow balance required) according to this analysis should be $681.69.

We anticipate the total of your coming year bills to be 4,089.88. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
| --- | --- |
| Unadjusted Escrow Payment | $340.82 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $340.82 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan If you want to request information about your lo or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC  29603 0826