**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ FIRST _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Anthony Beasley    JOINT DEBTOR: Shelia Beasley    CASE NO.: 20-10367-AJC

SS#: xxx-xx- 7980    SS#: xxx-xx-1987

## I. NOTICES

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | Included | Not included |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ | ■ |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ | ■ |
| Nonstandard provisions, set out in Section IX | ☐ | ■ |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,784.11 for months 1 to 23 ;
2. $2,334.08 for months 24 to 84 ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $3,500.00 | Total Paid: | $3,500.00 | Balance Due: | $0.00 |
|---|---|---|---|---|---|
| Payable | $152.17 | /month (Months 1 to 23 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Total Fees and Costs: $3,500.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| Total Fees: | $1,675.00 | Total Paid: | $525.00 | Balance Due: | $1,150.00 |
|---|---|---|---|---|---|
| Payable | $523.22 | /month (Months 24 to 25 ) | | | |
| Payable | $103.56 | /month (Months 26 to 26 ) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Total Fees and Costs: $1,675.00

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS    ☐ NONE

A. **SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: The Bank of New York Mellon (New Rez LLC dba Shellpoint Mortgage Servicing)

Debtor(s): Anthony Beasley, Shelia Beasley            Case number: 20-10367-AJC

| | | | | |
|---|---|---|---|---|
| Address: P.O. Box 10826 Greenville, SC 29603-0826 | Arrearage/ Payoff on Petition Date | $33,404.06 | | |
| | Arrears Payment (Cure) | $433.65 | /month (Months 1 | to 23 ) |
| | Regular Payment (Maintain) | $1,100.21 | /month (Months 1 | to 23 ) |
| Last 4 Digits of Account No.: 2855 | Arrears Payment (Cure) | $50.00 | /month (Months 24 | to 25 ) |
| | Arrears Payment (Cure) | $469.66 | /month (Months 26 | to 26 ) |
| | Arrears Payment (Cure) | $394.15 | /month (Months 27 | to 84 ) |
| | Regular Payment (Maintain) | $1,527.45 | /month (Months 24 | to 84 ) |

Other: _____

☒ Real Property            Check one below for Real Property:
  ☒ Principal Residence            ☒ Escrow is included in the regular payments
  ☐ Other Real Property            ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
1391 NW 170th Terrace,
Miami Gardens, FL 33169-5311

☐ Personal Property/Vehicle
Description of Collateral: _____

B. **VALUATION OF COLLATERAL:**    ☒ NONE

C. **LIEN AVOIDANCE**    ☒ NONE

D. **SURRENDER OF COLLATERAL:**    ☒ NONE

E. **DIRECT PAYMENTS**    ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Capital One Auto Finance | 4103 | 2017 Nissan Murano, VIN 5N1AZ2MG7HN117436 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**    ☐ NONE

  A. Pay  $115.55  /month (Months 1 to 23 )
     Pay  $0.00    /month (Months 24 to 26 )
     Pay  $179.07  /month (Months 27 to 84 )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. SEPARATELY CLASSIFIED:    ☒ NONE

VI. **STUDENT LOAN PROGRAM**    ☒ NONE

VII. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES**    ☒ NONE

VIII. **INCOME TAX RETURNS AND REFUNDS:**    ☒ NONE

IX. **NON-STANDARD PLAN PROVISIONS**    ☒ NONE

Debtor(s): Anthony Beasley, Shelia Beasley     Case number: 20-10367-AJC

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Anthony Beasley | | Shelia Beasley | |

/s/ Jose A. Blanco, Esq.          December 14, 2021
Attorney with permission to sign on          Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**