| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Anthony D. Beasley |
| Debtor 2 (Spouse, if filing) | Shelia S. Beasley |
| United States Bankruptcy Court for the : Southern | District of Florida (State) |
| Case number | 20-10367-AJC |

Official Form 410S1

# Notice of Mortgage Payment Change            12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS, INC., ASSET BACKED CERTIFICATES,SERIES 2004-3

**Court claim no.** (if known):    5

**Last four digits** of any number you use to identify the debtors' account:    XXXXXX2855

**Date of payment change:** Must be at least 21 days after date of this notice    2/1/2023

**New total payment:** Principal, interest, and escrow, if any    $1,406.62

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtors' escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**    $ 345.45            **New escrow payment :**    $ 350.75

## Part 2: Mortgage Payment Adjustment

2. **Will the debtors' principal and interest payment change based on an adjustment to the interest rate in the debtors' variable-rate account?**

   ☒ No
   ☐ Yes Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**            %            **New interest rate:**            %
   **Current principal and interest payment:**    $ _____            **New principal and interest payment:**    $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtors' mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
      *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment:**    $ _____            **New mortgage payment:**    $ _____

| | | |
|---|---|---|
| Debtor 1 | **Anthony D. Beasley**<br>First Name    Middle Name    Last Name | Case number *(if known)* 20-10367-AJC |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

**X**   /s/Ciro A Mestres                                            Date   01/09/2023
         Signature

Print:     Ciro                A                    Mestres              Title   Authorized Agent for Creditor
           First Name          Middle Name          Last Name

Company    McCalla Raymer Leibert Pierce, LLC

Address    1544 Old Alabama Road
           Number    Street
           Roswell                 GA              30076
           City                    State           ZIP Code

Contact phone    678-281-6516                                    Email   Ciro.Mestres@mccalla.com

---

***If the Debtor and lender are currently participating in the Mortgage Modification Mediation Program, this Notice of Payment Change is for notice purposes only and will be abated pending the outcome of the mediation. If the Debtor does not modify the mortgage, the notices will be effective pursuant to the Notice of Payment Change.

| | |
|---|---|
| In Re:<br>Anthony D. Beasley<br>Shelia S. Beasley | Bankruptcy Case No.: 20-10367-AJC<br>Chapter: 13<br>Judge: A. Jay Cristol |

### CERTIFICATE OF SERVICE

I, Ciro A Mestres, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Anthony D. Beasley
1391 Nw 170Th Ter
Miami Gardens, FL 33169-5211

Shelia S. Beasley
1391 Nw 170Th Ter
Miami Gardens, FL 33169-5211

Jose A Blanco                                      (served via ECF Notification)
Jose A. Blanco, P.A.
102 E 49th ST
Hialeah, FL 33013

Nancy K. Neidich, Trustee                          (served via ECF Notification)
P.O. Box 279806
Miramar, FL 33027

U.S. Trustee                                       (served via ECF Notification)
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:    01/11/2023      By:    /s/Ciro A Mestres
                   (date)                Ciro A Mestres
                                         Authorized Agent for Creditor



Shellpoint Mortgage Servicing
Servicing
PO Box 10826
Greenville, SC  29603 0826
For Inquiries:  (800) 365-7107

ANTHONY D BEASLEY
1391 NW 170th Ter
Miami FL  33169

Analysis Date: November 29, 2022
Loan:
Property Address:
1391 Nw 170 Terrace
Miami, FL  33169

## Annual Escrow Account Disclosure Statement - Account History

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Feb 01, 2023 | Prior Esc Pmt | February 01, 2022 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,055.87 | $1,055.87 | P & I Pmt: | $1,055.87 | Due Date: | December 01, 2020 |
| Escrow Pmt: | $337.41 | $350.75 | Escrow Pmt: | $345.45 | Escrow Balance: | -$4,584.58 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $8,910.06 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $2,352.52 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $1,393.28 | $1,406.62 | Total Payment | $1,401.32 | Anticipated Escrow Balance: | $1,972.96 |

| Shortage/Overage Information | Effective Feb 01, 2023 |
|---|---|
| Upcoming Total Annual Bills | $4,209.04 |
| Required Cushion | $701.51 |
| Required Starting Balance | $701.55 |
| Escrow Shortage | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 701.51. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 701.51 or 1/6 of the anticipated payment from the account.

** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.

This is a statement of actual activity in your escrow account from Feb 2022 to Jan 2023. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 690.83 | (2,420.46) |
| Feb 2022 | 345.45 | | | | * | 1,036.28 | (2,420.46) |
| Mar 2022 | 345.45 | | | | * | 1,381.73 | (2,420.46) |
| Mar 2022 | | | | 2,352.52 | * Lender Placed Hazard | 1,381.73 | (4,772.98) |
| Apr 2022 | 345.45 | | | | * | 1,727.18 | (4,772.98) |
| May 2022 | 345.45 | 1,022.46 | | | * | 2,072.63 | (3,750.52) |
| Jun 2022 | 345.45 | | | | * | 2,418.08 | (3,750.52) |
| Jul 2022 | 345.45 | 340.82 | | | * | 2,763.53 | (3,409.70) |
| Aug 2022 | 345.45 | 681.64 | | | * | 3,108.98 | (2,728.06) |
| Sep 2022 | 345.45 | | | | * | 3,454.43 | (2,728.06) |
| Oct 2022 | 345.45 | | | | * | 3,799.88 | (2,728.06) |
| Nov 2022 | 345.45 | | 1,809.27 | 1,856.52 | * County Tax | 2,336.06 | (4,584.58) |
| Dec 2022 | 345.45 | | | | * | 2,681.51 | (4,584.58) |
| Jan 2023 | 345.45 | | 2,336.07 | | * Lender Placed Hazard | 690.89 | (4,584.58) |
| | | | | | Anticipated Transactions | 690.89 | (4,584.58) |
| Jan 2023 | | 8,910.06 P | | 2,352.52 | Lender Placed Hazard | | 1,972.96 |
| | $4,145.40 | $10,954.98 | $4,145.34 | $6,561.56 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown.

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: November 29, 2022
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X. TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account. Your unpaid pre-petition escrow Amount is $8,769.80. This amount has been removed from the projected starting balance.

Original Pre-Petition Amount $8,769.80, Paid Pre-Petition Amount $0.00, Remaining Pre-Petition Amount $8,769.80.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 1,972.96 | 701.55 |
| Feb 2023 | 350.75 | | | 2,323.71 | 1,052.30 |
| Mar 2023 | 350.75 | | | 2,674.46 | 1,403.05 |
| Apr 2023 | 350.75 | | | 3,025.21 | 1,753.80 |
| May 2023 | 350.75 | | | 3,375.96 | 2,104.55 |
| Jun 2023 | 350.75 | | | 3,726.71 | 2,455.30 |
| Jul 2023 | 350.75 | | | 4,077.46 | 2,806.05 |
| Aug 2023 | 350.75 | | | 4,428.21 | 3,156.80 |
| Sep 2023 | 350.75 | | | 4,778.96 | 3,507.55 |
| Oct 2023 | 350.75 | | | 5,129.71 | 3,858.30 |
| Nov 2023 | 350.75 | 1,856.52 | County Tax | 3,623.94 | 2,352.53 |
| Dec 2023 | 350.75 | | | 3,974.69 | 2,703.28 |
| Jan 2024 | 350.75 | 2,352.52 | Lender Placed Hazard | 1,972.92 | 701.51 |
| | $4,209.00 | $4,209.04 | | | |

G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,972.96. Your starting balance (escrow balance required) according to this analysis should be $701.55.

We anticipate the total of your coming year bills to be 4,209.04. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $350.75 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $0.00 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $350.75 |

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address:

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603-0826